UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE VELASCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SALINAS, et al.,<br><br>    Defendants. | Case No. 16-CV-00172-LHK<br><br>**ORDER REQUESTING JOINT RESPONSE**<br><br>Re: Dkt. No. 15 |

On April 12, 2016, the parties filed a stipulation to stay the instant case pending the outcome of criminal charges against Plaintiff Jose Velasco. ECF No. 15. According to the parties, the criminal charges arise out of the incident giving rise to the instant case. *See id.* In the interest of managing the Court's caseload, the Court requests that the parties instead consider dismissing the instant case without prejudice, with a tolling agreement as to any claims and counterclaims. By April 20, 2016, the parties are ORDERED to file a joint response indicating whether the parties are amenable to such a dismissal and, if so, when such a dismissal could be filed. This response may be included in the parties' joint case management statement, which also must be filed by April 20, 2016.

1 **IT IS SO ORDERED.**

3 Dated: April 14, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge